UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY COMMONS *et al*.,<br>Plaintiffs,<br>v.<br>ISLAMIC REPUBLIC OF IRAN,<br>Defendant. | Case No.: 1:25-cv-1344-TJK |

~~[PROPOSED]~~
**CASE MANAGEMENT ORDER**

Upon consideration of Plaintiffs' Motion for Entry of a Case Management Order, and the entire record herein, it is hereby **ORDERED** that the Motion is **GRANTED**. It is further **ORDERED** that the following case management plan shall govern further proceedings, subject to revision as the case proceeds:

1. Within ninety (90) days of the entry of this Order, Plaintiffs shall file their motion for default judgment as to Iran's liability for the twenty-two (22) attacks identified in Schedule A, together with the expert attribution report, documentary evidence, a declaration from or on behalf of each of the fifty-one (51) Plaintiffs establishing, as applicable, the Plaintiff's relationship to the direct victim, the United States nationality of the Plaintiff and the direct victim, and the injuries giving rise to the claim, an appendix cross-referencing each Plaintiff to the corresponding attack and supporting declaration paragraphs, and any motion for leave to file evidence under seal.

2. Within thirty (30) days after the Court issues its opinion resolving liability, Plaintiffs shall file a motion to appoint two Special Masters pursuant to 28 U.S.C. § 1605A(e),

accompanied by each proposed Special Master's resume, the affidavit required by Fed. R. Civ. P. 53(b)(3)(A) disclosing whether any ground for disqualification under 28 U.S.C. § 455 exists, a proposed allocation of the Plaintiffs into two tranches, one to be submitted to each Special Master, and a proposed order and administrative plan.

3. Following the Court's appointment of the Special Masters, Plaintiffs shall make written submissions directly to the Special Masters as to the compensatory damages of each Plaintiff. Within sixty (60) days after receiving Plaintiffs' written submissions for his or her tranche, each Special Master shall submit to the Court a report and recommendation containing findings of fact and conclusions of law regarding each item of compensatory damages for each Plaintiff within that Special Master's tranche. Any party may object to or move to modify any finding, conclusion, or recommendation within twenty-one (21) days of service of the report at issue.

4. Punitive damages, if appropriate, shall be assessed by the Court. Plaintiffs may move for the entry of final judgment on a rolling basis pursuant to Fed. R. Civ. P. 54(b).

**SO ORDERED.**

Dated: 9/2/26

TIMOTHY J. KELLY
United States District Judge